

| CDIL PROB 22 (Rev. 4/97) | **TRANSFER OF JURISDICTION** | DOCKET NUMBER *(Tran. Court)* 0753/5 95-10019-001 |
|---|---|---|
| | | DOCKET NUMBER *(Rec. Court)* 03CR 359 |

| NAME AND ADDRESS OF PROBATIONER/SUPERVISED RELEASEE: Wesley W. Wilbert | DISTRICT: CENTRAL DISTRICT OF ILLINOIS | DIVISION Urbana |
|---|---|---|
| | NAME OF SENTENCING JUDGE Michael M. Mihm | |
| | DATES OF PROBATION/SUPERVISED RELEASE: | FROM 01/03/03 | TO 01/02/2011 |

FILED MAY 0 7 2008 MICHAEL W. DOBBINS CLERK, U.S. DISTRICT COURT

**JUDGE CASTILLO**

**MAGISTRATE JUDGE MASON**

kjb

OFFENSE

Conspiracy to Distribute Cocaine 21:846

### PART 1 - ORDER TRANSFERRING JURISDICTION

UNITED STATES DISTRICT COURT FOR THE CENTRAL DISTRICT OF ILLINOIS

IT IS HEREBY ORDERED that pursuant to 18 U.S.C. 3605 the jurisdiction of the probationer or supervised releasee named above be transferred with the records of the Court to the United States District Court for the Northern District of Illinois/Chicago upon that Court's order of acceptance of jurisdiction. This Court hereby expressly consents that the period of probation or supervised release may be changed by the District Court to which this transfer is made without further inquiry of this Court.*

4/18/08
Date

*signed* Michael M. Mihm
United States District Judge

*This sentence may be deleted in the discretion of the transferring Court.

### PART 2 - ORDER ACCEPTING JURISDICTION

UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS/CHICAGO

IT IS HEREBY ORDERED that jurisdiction over the above-named probationer/supervised releasee be accepted and assumed by this Court from and after the entry of this order.

MAY - 5 2008
Effective Date

*signed* James F. Holderman
United States District Judge