

**MICHAEL W. DOBBINS**
CLERK

**UNITED STATES DISTRICT COURT**
NORTHERN DISTRICT OF ILLINOIS
219 SOUTH DEARBORN STREET
CHICAGO, ILLINOIS 60604

312-435-5698

May 8, 2008

COPY
FILED
5-12-2008
MAY 12 2008
CLERK OF THE COURT
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

218 United States Courthouse
201 South Vine Street
Urbana, IL 61801

Dear Clerk:

Re:  Case number 95-10019  US v Wesley W. Wilbert
Our case number: (08cr359) - Northern District of Illinois, Judge Castillo

Enclosed is a certified copy of the Probation Form 22, Transfer of Jurisdiction, regarding Wesley W. Wilbert, which has been accepted and assumed by this Court in the Northern District of Illinois, Eastern Division.

Please forward a certified copy of the indictment/information, judgment and docket along with the enclosed copy of this letter to the United States District Court at the above address. Your prompt attention to this matter is greatly appreciated.

FILED
MAY 1 5 2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

Sincerely,

Michael W. Dobbins
Clerk

by: _____
Ellenore Duff
Deputy Clerk

Enclosure