



# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF ILLINOIS

**PAMELA E. ROBINSON**
CLERK OF COURT

TEL: 309-671-7117

#### OFFICE OF THE CLERK
US Courthouse
100 NE Monroe
309 Federal Bldg.
Peoria, IL. 61602

May 13, 2008

**FILED**

MAY 2 0 2008
5-20-08
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

In Re:US vs. Wesley W. Wilbert

Dear Clerk:

*08 cr 359*

On **4/18/2008**, an order by the Honorable **Michael M. Mihm, US District Judge, was entered transferring the above-mentioned case from this District Court to the US District Court, Peoria Division.**

Enclosed is a certified copy of the docket sheet. This court is using the electronic filing system. You may access our electronic case file at the following address: http://ecf.ilcd.uscourts.gov to obtain the remaining documents. We have assigned a login and password for district courts to use in accessing this information. The login is: guestilcd, and the password is 42=torog. This login and password should not be shared with anyone other than federal court personnel who would have a need to access our electronic case file system. You will need Adobe Acrobat Reader loaded on your computer in order to view the documents.

Please acknowledge receipt of the docket by returning a copy of this letter.

Very truly yours,
PAMELA E. ROBINSON, CLERK

By  s/ C. Lambie
     Deputy Clerk

**RECEIPTED ACKNOWLEDGED ON:**

**BY :**



# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF ILLINOIS

**OFFICE OF THE CLERK**
309 U.S. COURTHOUSE
100 N.E. MONROE STREET
PEORIA, ILLINOIS 61602

PAMELA E. ROBINSON
CLERK OF COURT

TEL: 309.671.7117
FAX: 309.671.7120

May 12, 2008

Clerk, US District Court
218 US Courthouse
201 South Vine St.
Chicago, IL 61801

RE: USA V. Wesley W. Wilbert
CASE NO. PEORIA IL: 95-10019-001

Dear Michael Dobbins:

Pursuant to the executed Transfer of Jurisdiction filed in this office on 5/12/2008, enclosed please find certified copy of :

1. Indictment

2. Judgment & Commitment Order

3. Docket Sheet

4. Financial Records

5. Transfer document/order

I am also enclosing a copy of this letter. Please acknowledge receipt of the above documents and return the copy in the enclosed envelope.

Very truly yours,

PAMELA E. ROBINSON, CLERK
U.S. DISTRICT COURT

s/C. Lambie
By: _____
Deputy Clerk

Enclosure(s)
PER/

AO 245 S (Rev. 4/90)(ILC, rev.) Sheet 1 - Judgment in a Criminal Case



**46**

# UNITED STATES DISTRICT COURT
## Central District of Illinois

**FILED**

SEP 18 1995

JOHN M. WATERS, Clerk
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

UNITED STATES OF AMERICA

    v.

                               Case Number CR 95-10019-01

WESLEY W. WILBERT, a/k/a
EARL WILBERT
    Defendant.

## JUDGMENT IN A CRIMINAL CASE
### (For Offenses Committed On or After November 1, 1987)

The defendant, WESLEY W. WILBERT, was represented by William Kelly.

On motion of the United States the court has dismissed count(s) 2.

The defendant pleaded guilty to count(s) 1. Accordingly, the defendant is adjudged guilty of such count(s), involving the following offense(s):

| Title & Section | Nature of Offense | Date Offense Concluded | Count Number(s) |
|---|---|---|---|
| 21:846 & 841(b)(1)(B) | Conspiracy to distribute cocaine | 02/14/95 | 1 |

As pronounced on 9/14/95, the defendant is sentenced as provided in pages 2 through 6 of this Judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

It is ordered that the defendant shall pay to the United States a special assessment of $ 50.00, for count(s) 1, which shall be due immediately.

It is further ordered that the defendant shall notify the United States Attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this Judgment are fully paid.

Signed this the 18th day of September, 1995.

                                   _Michael M. Mihm_

                                MICHAEL M. MIHM
                                Chief U S District Judge

Defendant's SSAN:
Defendant's Date of
Defendant's mailing a
Defendant's mailing a

**46**

AO 245 S (Rev. 4/90)(ILC. rev.) Sheet 2 - Imprisonment

Defendant: WESLEY W. WILBERT
Case Number: CR 95-10019-01

### IMPRISONMENT

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a term of 120 months on Count 1.

The Court makes the following recommendations to the Bureau of Prisons: 1) Defendant be placed in a minimum/low security facility as soon as defendant qualifies. 2) Defendant be specifically placed in FCI, Pekin, IL.

The defendant is remanded to the custody of the United States Marshal.
I have executed this Judgment as follows:

_____

_____

_____

_____

Defendant delivered on _____ to _____

at _____, with a certified copy of this Judgment.

_____
United States Marshal

By _____
Deputy Marshal

AO 245 S (Rev. 4/90)(ILC. rev.) Sheet 3 - Supervised Release

Judgment--Page 3 of 6

Defendant: WESLEY W. WILBERT
Case Number: CR 95-10019-01

## SUPERVISED RELEASE

Upon release from imprisonment, the defendant shall be on supervised release for a term of 8 years, on Count 1.

While on supervised release, the defendant shall not commit another federal, state, or local crime; shall not illegally possess a controlled substance; shall comply with the standard conditions that have been adopted by this court (set forth below); and shall comply with the following additional conditions:

1. If ordered to the custody of the Bureau of Prisons, the defendant shall report in person to the probation office in which the defendant is released within 72 hours of release from the custody of the Bureau of Prisons.

2. If this judgment imposes a fine, special assessment, costs, or restitution obligation, it shall be a condition of supervised release that the defendant pay any such fine, assessments, costs, and restitution that remain unpaid at the commencement of the term of supervised release.

3. The defendant shall not own or possess a firearm or destructive device.

SPECIAL CONDITIONS OF SUPERVISED RELEASE 1) You shall, at the direction of the probation officer, participate in a program for substance abuse treatment/counseling including testing to determine whether you have used controlled substances and/or alcohol. During the entire term of supervision, you will abstain from the use of alcohol, all other legally obtainable intoxicants, and all mood-altering substances unless prescribed by a physician. You shall pay for these services as directed by the probation officer. 2) You shall refrain from any unlawful use of a controlled substance. You shall submit to a least one drug test within 15 days of release from imprisonment and at least two periodic drug tests thereafter, as directed by the probation office. 3) You shall not own, purchase, or possess a firearm, ammunition, or other dangerous weapon. 4) You shall notify your probation officer at least ten days prior to any change in your place of residence.

## STANDARD CONDITIONS OF SUPERVISION

While the defendant is on supervised release pursuant to this Judgment:

1) The defendant shall not leave the judicial district without the permission of the court or probation officer.
2) The defendant shall report to the probation officer as directed by the court or probation officer and shall submit a truthful and complete written report within the first five days of each month.
3) The defendant shall answer truthfully all inquiries by the probation officer and follow the instructions of the probation officer.
4) The defendant shall support his or her dependents and meet other family responsibilities.
5) The defendant shall work regularly at a lawful occupation unless excused by the probation officer for schooling, training, or other acceptable reasons.
6) The defendant shall notify the probation officer within seventy-two hours of any change in residence or employment.
7) The defendant shall refrain from excessive use of alcohol and shall not purchase, possess, use, distribute or administer any narcotic or other controlled substance, or any paraphernalia related to such substances.
8) The defendant shall not frequent places where controlled substances are illegally sold, used, distributed, or administered.
9) The defendant shall not associate with any persons engaged in criminal activity, and shall not associate with any person convicted of a felony unless granted permission to do so by the probation officer.
10) The defendant shall permit a probation officer to visit him or her at any time at home or elsewhere and shall permit confiscation of any contraband observed in plain view by the probation officer.
11) The defendant shall notify the probation officer within seventy-two hours of being arrested or questioned by a law enforcement officer.
12) The defendant shall not enter into any agreement to act as an informer or a special agent of a law enforcement agency without the permission of the court.
13) As directed by the probation officer, the defendant shall notify third parties of risks that may be occasioned by the defendant's criminal record or personal history or characteristics, and shall permit the probation officer to make such notifications and to confirm the defendant's compliance with such notification requirement.



## IN THE UNITED STATES DISTRICT COURT

## FOR THE CENTRAL DISTRICT OF ILLINOIS

### AT PEORIA



**FILED**

FEB 2 3 1995

JOHN M. WATERS, Clerk
U. S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Criminal No. 95-10019 |
| | ) | |
| WESLEY W. WILBERT, | ) | VIO: Title 21, United States Code, |
| a/k/a Earl Wilbert, and | ) | Sections 841(a)(1), |
| NANCY S. ECKHOFF, | ) | 841(b)(1)(B), and 846 |
| | ) | |
| Defendants. | ) | |

### INDICTMENT

The Grand Jury charges:

### COUNT 1

1.      Beginning no later than in or about the summer of 1994, and continuing

until in or about February 1995, in Peoria County, within the Central District of Illinois,

and elsewhere,

**WESLEY W. WILBERT,**
**a/k/a Earl Wilbert,**
**and**
**NANCY S. ECKHOFF,**

the defendants herein, did knowingly combine, conspire and agree with each other and

with both persons known and persons unknown to the grand jury to commit certain acts

in violation of the laws of the United States, to-wit, distribution of cocaine, a Schedule II

controlled substance, in violation of Title 21, United States Code, Section 841(a)(1).



## OVERT ACTS

2.      In furtherance of the conspiracy and to accomplish its object of distribution of cocaine, the defendants and both persons known and unknown to the grand jury did commit overt acts, including but not limited to the following:

A.  On numerous occasions Nancy S. Eckhoff distributed cocaine;

B.  On February 14, 1995, Wesley W. Wilbert possessed cocaine.

All in violation of Title 21, United States Code, Sections 846 and 841(b)(1)(B).

## COUNT 2

On or about February 14, 1995, in Peoria County, within the Central District of Illinois,

**WESLEY W. WILBERT,**
**a/k/a Earl Wilbert,**
**and**
**NANCY S. ECKHOFF,**

the defendants herein, did knowingly possess a mixture or substance containing cocaine, a Schedule II controlled substance, with intent to distribute.

In violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(C).

A True Bill,

_____

**FRANCES C. HULIN**
**UNITED STATES ATTORNEY**                                    KTC

2




**DEFENDANT INFORMATION SHEET**

**CENTRAL DISTRICT OF ILLINOIS**

**PEORIA DIVISION**



**FILED**

FEB 23 1995

JOHN M. WATERS, Clerk
U. S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

**UNITED STATES OF AMERICA**

**vs.**

WESLEY W. WILBERT, a/k/a Earl Wilbert,
and NANCY S. ECKHOFF

**CHARGED BY:**  INDICTMENT
  (Complaint/Information/Indictment)
**PLACE OF OFFENSE:**  Peoria, IL
**JUDGE:**

| | | |
|---|---|---|
| **DEFENDANT'S NAME:** NANCY S. ECKHOFF | **D/O/B:** | |
| **ADDRESS:** 6 | **SEX:** female | |
| | **ALIEN:** n/a | |
| **ATTORNEY:** | **INTERPRETER:** n/a | |

**SUMMONS TO ISSUE [ ]    ARREST WARRANT [ ]    CUSTODY [ ] (COMPLETE OTHER SIDE)**

**BOND RECOMMENDED:** bond to continue          **ORDERED:**

**PETTY_____        MINOR_____        MISDEMEANOR_____        FELONY XXX**

| CT(S) | OFFENSE CHARGED | U.S.C. CITATION | PENALTY |
|---|---|---|---|
| 1 | Conspiracy to distribute cocaine | 21:846, 841(b)(1)(B) | 5-40 yrs. imprisonment; $2,000,000 fine; 4 yrs. supv. release; $50 special assessment |
| 2 | Possession of cocaine with intent to distribute | 21: 841(a)(1), & 841(b)(1)(C) | 0-20 yrs. imprisonment $1,000,000 fine; 3 yrs. supv. release; $50.00 special assess. |

NAME OF COMPLAINANT:
AGENCY: FBI - Peoria REG

## PROCEEDING

[ ] **Defendant is awaiting trial in another Federal or State Court.**
Name of Court:_____

[ ] **Defendant/Proceeding is transferred from another district per FRCrP 20,
21 or 40.**
Rule:_____        District:_____

[ ] **Reprosecution of charges previously dismissed.**
Dismissed on motion of [ ]  U.S. Attorney   [ ]  Defense

[ ] **Prosecution relates to a pending case involving same defendant.**
Case No._____

[ ] **Prosecution relates to prior proceedings(s) or appearance(s) before**
U.S. Magistrate.
Magistrate Case No._____

## CUSTODY

**IN CUSTODY:**
1.   [ ] On this charge.

2.   [ ] On another charge.  Name of Court:_____

3.   [ ] Awaiting trial on other charge. Name of Court:_____

4.   [ ] Detainer filed.  Date filed:_____

5.   [ ] Date of arrest:_____

6.   [ ] If arresting agency and warrant not Federal, date transferred to
         U.S. Custody:_____

**NOT IN CUSTODY:**
1.   [X] Has not been arrested pending outcome of proceedings.
         Date Summons served:_____

2.   [ ] Fugitive.

3.   [ ] On bail or release from another District.
         Name of District:_____

**Name and Office of Person furnishing information on this form:**

K. Tate Chambers, AUSA, U.S. Attorney's Office, Peoria, IL

**Name of assigned Assistant United States Attorney (if any):**

K. Tate Chambers, AUSA

CLOSED

# U.S. District Court
# CENTRAL DISTRICT OF ILLINOIS (Peoria)
# CRIMINAL DOCKET FOR CASE #: 1:95-cr-10019-MMM All Defendants
# Internal Use Only

Case title: USA v. Wilbert
Magistrate judge case number: 1:95-mj-06017

Date Filed: 02/23/1995
Date Terminated: 05/05/2004

Assigned to: Judge Michael M. Mihm

Appeals court case number: 95-3266

## Defendant (1)

**Wesley W Wilbert**
*TERMINATED: 05/05/2004*
*also known as*
Earl Wilbert

represented by **Wesley W Wilbert**
PEKIN
Federal Correctional Institution
PO Box 5000
Pekin, IL 61555-5000
(309) 346-8588
PRO SE

**William R Kelly**
Suite 1
4801 N Prospect Road
Peoria, IL 61616
309-685-9001
Email: kelly1941@yahoo.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Designation: CJA Appointment*

A TRUE COPY
ATTEST:
PAMELA E. ROBINSON, CLERK
BY:
DEPUTY CLERK
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
DATE:    5/13/08

## Pending Counts

21:846 and 841(b)(1)(B)

## Disposition

CONTROLLED SUB-
SELL,DISTRIBUTE,OR DISPEN
Beginning no later than in or
about the summer of 1994, and
continuing until in or about
February, 1995, defendants did
knowingly combine, conspire and
agree with each other and with
both persons known and persons
unknown to commit certain acts in
violation of the laws of the United
States, to-wit, distribution of
cocaine
(1)

Dft committed to BOP for 120
months; 8 years supervised
release with special conditions;
$1000 fine; $50.00 special
assessment due immediately; Dft
remanded to custody of US
Marshal

### Highest Offense Level (Opening)

Felony

### Terminated Counts

21:841(a)(1) and 841(b)(1)(C)
CONTROLLED SUB-SELL,
DISTRIBUTE, OR DISPEN On
or about 2/14/94, defendants did
knowingly possess a mixture or
substance containing cocaine,
with intent to distribute
(2)

### Disposition

Upon motion of the Government,
Count 2 is dismissed with
prejudice

### Highest Offense Level (Terminated)

Felony

### Complaints

On or about 2/14/95, Defts. did
knowingly possess cocaine and
marijuana with intent to distribute
in violation of Title 21 USC,
Section 841(a)(1) [ 1:95-m -
6017 ]

### Disposition

Assigned to: Judge Michael M.
Mihm

## Defendant (2)

**Nancy S Eckhoff**    represented by    **Ivan Darnell Davis**
*TERMINATED: 05/05/2004*    FEDERAL PUBLIC DEFENDER

Suite 1500
401 Main St
Peoria, IL 61602
(309) 671-7891
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Designation: Public Defender or*
*Community Defender*
*Appointment*

**Larry G Paluska**
217 Springfield Road
East Peoria, IL 61611
(309) 699-0766
Email: larrypaluska@aol.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Designation: CJA Appointment*

## Pending Counts

21:841(a)(1) and 841(b)(1)(C)
CONTROLLED SUB-SELL,
DISTRIBUTE, OR DISPEN On
or about 2/14/94, defendants did
knowingly possess a mixture or
substance containing cocaine,
with intent to distribute
(2)

## Highest Offense Level
## (Opening)

Felony

## Disposition

Dft committed to custody of BOP
for a term of 33 months; 3 years
supervised release with special
conditions; $1000 fine to be paid
immediately; $50 special
assessment to be paid
immediately. Dft remanded to
custody of USM. Dft advised of ri
ght to appeal.

| **Terminated Counts** | **Disposition** |
|---|---|

21:846 and 841(b)(1)(B)
CONTROLLED SUB-
SELL,DISTRIBUTE,OR DISPEN
Beginning no later than in or
about the summer of 1994, and
continuing until in or about
February, 1995, defendants did
knowingly combine, conspire and
agree with each other and with
both persons known and persons
unknown to commit certain acts in
violation of the laws of the United
States, to-wit, distribution of
cocaine
(1)

Upon oral motion of Government,
Count 1 is dismissed with
prejudice.

**Highest Offense Level
(Terminated)**

Felony

| **Complaints** | **Disposition** |
|---|---|

On or about 2/14/95, Defts. did
knowingly possess cocaine and
marijuana with intent to distribute
in violation of Title 21 USC,
Section 841(a)(1) [ 1:95-m -
6017 ]

---

**Plaintiff**

USA                          represented by **K Tate Chambers**
US ATTY
One Technology Plaza
Suite 400
211 Fulton St
Peoria, IL 61602
309-671-7050
Fax: 309-671-7259
Email: tate.chambers@usdoj.gov
*LEAD ATTORNEY*

*ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
|---|---|---|
| 02/16/1995 | 1 | COMPLAINT Wesley W Wilbert (1) count(s) cmp, Nancy S Eckhoff (2) count(s) cmp before Mag. Judge Robert J. Kauffman [ 1:95-m -6017 ] (HK, ilcd) (Entered: 02/16/1995) |
| 02/16/1995 | 2 | ARREST Warrant issued for Wesley W Wilbert by Mag. Judge Robert J. Kauffman [ 1:95-m -6017 ] (HK, ilcd) (Entered: 02/16/1995) |
| 02/16/1995 | 3 | ARREST Warrant issued for Nancy S Eckhoff by Mag. Judge Robert J. Kauffman [ 1:95-m -6017 ] (HK, ilcd) (Entered: 02/16/1995) |
| 02/16/1995 |  | MINUTES: before Mag. Judge Robert J. Kauffman; Govt. pres. by Atty. Chambers/Defts. Wilbert & Eckhoff pres. pro se for Initial Appearance. Defts. advised of charges;miranda;right to lawyer. Deft. Wilbert files financial affidavit. Both defts. sworn as to financial ability to hire counsel & both found indigent. CJA atty.to be appointed. Both defts. advised of right to prel. hrg. Govt. request detention for Deft. Wilbert-SO ORDERED. Govt. requests bond for Deft. Eckhoff. Bond set in sum of $10,000 O/R for Nancy S Eckhoff ; Deft. Eckhoff set for preliminary exam hrg at 1:30pm on Friday, 2/17/95-in person. Deft. Wilbert set for preliminary exam/detention hearing at 1:30pm on Friday, 2/17/95-in person. Deft. Wilbert remanded to custody of US Mar & Deft. Eckhoff released on bond-See Conditions of bond. (cc: all counsel, US Mar Peo & Spfg/Prob) [ 1:95-m -6017 ] (HK, ilcd) (Entered: 02/16/1995) |
| 02/16/1995 | 4 | CJA Form 23 (Financial Affidavit) as to Wesley W Wilbert [ 1:95-m -6017 ] (HK, ilcd) (Entered: 02/16/1995) |
| 02/16/1995 | 5 | DEFT WILBERT = CJA Form 20 Copy 4 (Appointment of Counsel) Robert Bruce Becker [ 1:95-m -6017 ] (HK, ilcd) (Entered: 02/16/1995) |
| 02/16/1995 | 6 | APPEARANCE BOND ($10,000 O/R) by Nancy S Eckhoff [ 1:95-m -6017 ] (HK, ilcd) (Entered: 02/16/1995) |
| 02/16/1995 | 7 | ORDER by Mag. Judge Robert J. Kauffman setting conditions of release for Nancy S Eckhoff [ 1:95-m -6017 ] (HK, ilcd) (Entered: 02/16/1995) |
|  |  |  |

| 02/16/1995 | | (Court only) crstopx XM for both defts.as arrested 2/16/95 [ 1:95-m -6017 ] (HK, ilcd) (Entered: 02/16/1995) |
|---|---|---|
| 02/16/1995 | 8 | ORDER of Temporary Detention of Wesley W Wilbert pending hearing by Mag. Judge Robert J. Kauffman [ 1:95-m -6017 ] (HK, ilcd) (Entered: 02/16/1995) |
| 02/16/1995 | 9 | Deft. NANCY ECKHOFF:CJA Form 20 Copy 4 (Appointment of Counsel) Larry G Paluska [ 1:95-m -6017 ] (HK, ilcd) (Entered: 02/16/1995) |
| 02/17/1995 | 10 | CJA Form 20 Copy 4 (Appointment of Counsel) William R Kelly replacing attorney Robert Bruce Becker for Wesley W Wilbert [ 1:95-m -6017 ] (HK, ilcd) (Entered: 02/17/1995) |
| 02/17/1995 | | MINUTES:before Mag. Judge Robert J. Kauffman ;AUSA Murphy, Nancy Eckhoff pres.w/Atty. L. Paluska & Deft. Wesley Wilbert pres. w/Atty. Wm. Kelly for Prel/Detention Hearing. Same held 2/17/95-First Appearance with Counsel. Both defts. preliminary hearing held. Evidence pres. by proffer by Pltf. No evidence pres. by Defts. Court finds probable cause as to both defts & both defts. bound over for grand jury proceedings. Deft. Eckhoff released on existing bond. detention hearing as to Deft. Wilbert held 2/17/95 ; Arguments by/c. Deft. remanded to custody of US Mar. Order of Detention Pending Trial to enter. (cc: all counsel; US Mar Peo & Spfg/Prob) [ 1:95-m -6017 ] (HK, ilcd) (Entered: 02/21/1995) |
| 02/17/1995 | 13 | ORDER of Detention of Wesley W Wilbert pending trial by Mag. Judge Robert J. Kauffman [ 1:95-m -6017 ] (HK, ilcd) (Entered: 02/24/1995) |
| 02/22/1995 | 11 | ARREST Warrant returned executed as to Wesley W Wilbert 2/14/95 [ 1:95-m -6017 ] (SH, ilcd) (Entered: 02/23/1995) |
| 02/22/1995 | 12 | ARREST Warrant returned executed as to Nancy S Eckhoff 2/14/95 [ 1:95-m -6017 ] (SH, ilcd) (Entered: 02/23/1995) |
| 02/23/1995 | 14 | INDICTMENT by USA K Tate Chambers. Counts filed against Wesley W Wilbert (1) count(s) 1, 2, Nancy S Eckhoff (2) count (s) 1, 2 (CL, ilcd) (Entered: 02/28/1995) |
| 02/24/1995 | 15 | NOTICE by defendant Nancy S Eckhoff of change of address: Dft Nancy Eckhoff is now at 1512 W Candletree Dr., Apt 207, Peoria, IL 61614 (309) 693-8140 (VB, ilcd) (Entered: 02/28/1995) |

| 02/27/1995 | 16 | NOTICE by Attorney Larry G Paluska on behalf of defendant Nancy S Eckhoff of change of address (VB, ilcd) (Entered: 02/28/1995) |
|---|---|---|
| 02/28/1995 |  | MINUTES: before Mag. Judge Robert J. Kauffman arraignment set on Dfts Wilbert & Eckhoff on Thurs 3/2/95 at 10:30 A.M. Parties to appear in person. (cc: all counsel/ US Mar Spfd & Peo/Prob) (CL, ilcd) (Entered: 02/28/1995) |
| 03/02/1995 |  | MINUTES: before Mag. Judge Robert J. Kauffman. AUSA Chambers/Atty Paluska w/Dft Eckhoff/Atty Kelly w/Dft Wilbert and arraignment held 3/2/95 at 10:40 a.m. , dfts Wesley W Wilbert and Nancy S Eckhoff arraigned; NOT GUILTY pleas entered; , pending motion/pretrial conference set Thurs 4/13/95 at 1:00 p.m. in person before Chief Judge Michael M. Mihm; pretrial motions to be filed by 3/22/95; jury trial to begin 8:30 on Mon 5/1/95 in person before Chief Judge Michel M. Mihm in Peoria. (cc: all counsel/USM Peo & Spfd/Prob/Crt Rptr) (CL, ilcd) (Entered: 03/06/1995) |
| 03/02/1995 | 17 | SCHEDULING ORDER as to Dft N. Eckhoff by Mag. Judge Robert J. Kauffman (cc: all counsel) (CL, ilcd) Modified on 03/06/1995 (Entered: 03/06/1995) |
| 03/02/1995 | 18 | SCHEDULING ORDER as to Dft Wesley Wilbert by Mag. Judge Robert J. Kauffman (cc: all counsel) (CL, ilcd) (Entered: 03/06/1995) |
| 03/22/1995 | 19 | MOTION to sever by Nancy S Eckhoff (CL, ilcd) (Entered: 03/23/1995) |
| 03/22/1995 | 20 | MOTION to produce statements made by alleged co-conspirators by Nancy S Eckhoff (CL, ilcd) (Entered: 03/23/1995) |
| 03/22/1995 | 20 | MEMORANDUM by defendant Nancy S Eckhoff in support motion to produce statements made by alleged co-conspirators [20-1] (CL, ilcd) (Entered: 03/23/1995) |
| 03/22/1995 | 21 | MOTION to quash search warrant by Nancy S Eckhoff (CL, ilcd) (Entered: 03/23/1995) |
| 03/22/1995 | 22 | MOTION for order to require notice of intention to use crimes, wrongs, or acts evidence by Nancy S Eckhoff (CL, ilcd) (Entered: 03/23/1995) |
| 03/22/1995 | 23 | MOTION for order to bar use of evidence of prior convictions to impeach credibility of defendant by Nancy S Eckhoff (CL, ilcd) |

| | | (Entered: 03/23/1995) |
|---|---|---|
| 03/22/1995 | 24 | MOTION for discovery by Nancy S Eckhoff (CL, ilcd) (Entered: 03/23/1995) |
| 03/22/1995 | 25 | MOTION for early disclosure of Jencks Act Material by Nancy S Eckhoff (CL, ilcd) (Entered: 03/23/1995) |
| 03/22/1995 | 25 | MEMORANDUM by defendant Nancy S Eckhoff in support motion for early disclosure of Jencks Act Material [25-1] (CL, ilcd) (Entered: 03/23/1995) |
| 03/22/1995 | 26 | MOTION for hearing to determine admissibility of hearsay statements and declarations out of the presence of the jury by Nancy S Eckhoff (CL, ilcd) (Entered: 03/23/1995) |
| 03/22/1995 | 27 | MOTION for supplmental discovery by Nancy S Eckhoff (CL, ilcd) (Entered: 03/23/1995) |
| 03/22/1995 | 28 | MOTION in limine re: clothing found at the Dft's residence by Nancy S Eckhoff (CL, ilcd) (Entered: 03/23/1995) |
| 03/22/1995 | 29 | MOTION to produce exculpatory material by Nancy S Eckhoff (CL, ilcd) (Entered: 03/23/1995) |
| 03/22/1995 | 30 | MOTION in limine re: operations names by Nancy S Eckhoff (CL, ilcd) (Entered: 03/23/1995) |
| 03/22/1995 | 31 | MOTION for order concerning physical exhibits that will be offered at trial by Nancy S Eckhoff (CL, ilcd) (Entered: 03/23/1995) |
| 03/22/1995 | 32 | MEMORANDUM by defendant Nancy S Eckhoff in support motion for supplmental discovery [27-1] (CL, ilcd) (Entered: 03/23/1995) |
| 03/22/1995 | 33 | MOTION to extend time to file motions by Nancy S Eckhoff (CL, ilcd) (Entered: 03/23/1995) |
| 04/07/1995 | 34 | RESPONSE by plaintiff USA to motion for order concerning physical exhibits [31-1], motion in limine [30-1], motion to produce exculpatory material [29-1], motion in limine [28-1], motion for supplmental discovery [27-1], motion for hearing to determine admissibility of hearsay statements and declarations out of the presence of the jury [26-1], motion for early disclosure of Jencks Act Material [25-1], motion for discovery [24-1], motion for order to bar use of evidence of prior convictions to impeach credibility of defendant [23-1], motion for order to |

| | | |
|---|---|---|
| | | require notice of intention to use crimes, wrongs, or acts evidence [22-1], motion to produce statements made by alleged co-conspirators [20-1], motion to sever [19-1] (CL, ilcd) (Entered: 04/07/1995) |
| 04/13/1995 | | MINUTES: AUSA Chambers/Atty Kelley w/ Dft Wilbert present in person before Chief Judge Michael M. Mihm and pretrial conference held 4/13/95 at 9:30 a.m. Dft Wilbert requests continuance. Same granted. Case set for change of plea on Fri 4/28/95 at 9:30 Parties to appear in person in Peoria. (cc: all counsel/Prob/US Mar Peo & Spfd/ Crt Rptr.) (CL, ilcd) (Entered: 04/17/1995) |
| 04/13/1995 | | MINUTES: before Chief Judge Michael M. Mihm. AUSA Chambers/Atty Paluska with Dft Eckhoff present in person and pending motions pretrial conference held 4/13/95 at 1:00 Court is finding the motion to [19-1] moot; finding the motion to produce statements made by alleged co-conspirators [20-1] moot; denying motion to quash search warrant [21-1]; granting motion for order to require notice of intention to use crimes, wrongs, or acts evidence [22-1]; Ruling on motion in limine [28-1] is deferred; Ruling on motion for order to bar use of evidence of prior convictions to impeach credibility of defendant [23-1] is deferred; finding the motion for discovery [24-1] moot; finding the motion for early disclosure of Jencks Material [25-1] moot; Ruling on motion for hearing to determine admissibility of hearsay statements and declarations out of the presence of the jury [26-1] is deferred (Govt to file proffer 7 days prior to trial); granting motion for supplmental discovery [27-1]; granting motion to produce exculpatory material [29-1] if not mooted because nothing exists; granting motion in limine [30-1]; granting motion for concerning physical exhibits [31-1]; Parties to notify Court of any possible plea agreement by 4/25/95. Jury trial previously set on 5/1/95 is CANCELLED. Jury trial reset to begin at 8:30 Mond 5/22/95 in person in Peoria.(cc: all counsel/US Mar Peo & Spfd/Prob/Crt Rptr) (CL, ilcd) (Entered: 04/17/1995) |
| 04/13/1995 | | (Court only) Docket Modification (Utility Event) pretrial motions deadline on Dft Eckhoff of 3/22/95 satisfied 4/13/95 (VB, ilcd) (Entered: 04/17/1995) |
| 04/25/1995 | 35 | MEMORANDUM by defendant Nancy S Eckhoff in support motion to quash search warrant [21-1] (VB, ilcd) (Entered: 04/26/1995) |

| 04/28/1995 | | MINUTES: before Chief Judge Michael M. Mihm. AUSA CHambers/Atty Kelly w/Dft Wilbert present in person for change of plea. Status conf held. Attys request continuance. Same granted and change of plea continued to Thurs 5/4/95 at 11:00 in person in Peoria. Jury trial previously set 5/1/95 is cancelled and reset for jury trial at 8:30 on Mond 5/22/95 (cc: all counsel/ USM Peo & Spfd/ Prob/ Crt Rptr) (CL, ilcd) (Entered: 05/01/1995) |
| --- | --- | --- |
| 05/02/1995 | | MINUTES: before Chief Judge Michael M. Mihm. Change of Plea on Dft Wilbert previously set at 11:00 Thursday, 5/4/95 is CANCELLED and RESET at 2:00 Thursday, 5/11/95 in person in Peoria. (cc: all counsel/US Mar Peo & Spfd/Prob/ Crt Rptr`) (VB, ilcd) (Entered: 05/02/1995) |
| 05/04/1995 | 36 | MOTION for disclosure of grand jury material by USA as to Wesley W Wilbert (CL, ilcd) (Entered: 05/08/1995) |
| 05/04/1995 | | MINUTES: before Chief Judge Michael M. Mihm. Atty Chambers/Kelly w/Dft Wilbert present in person and change of plea held 5/4/95 . Written plea agreement filed in open court. Court permits Dft Wesley W Wilbert to enter change of plea. Dft Wesley W Wilbert enters plea of guilty to Count 1 . Court accepts agreement and Judgment of Conviction is entered. Sentencing hearing set Thurs 8/3/95 at 3:00 in person in Peoria. Jury trial previously set 5/22/95 is cancelled as to Dft Wilbert (cc: all counsel/USM Peo & Spfd/Prob/Crt Rptr) (CL, ilcd) (Entered: 05/08/1995) |
| 05/04/1995 | | MINUTES: before Chief Judge Michael M. Mihm granting motion for disclosure of grand jury material [36-1] (cc: all counsel/Prob) (CL, ilcd) (Entered: 05/08/1995) |
| 05/04/1995 | 37 | PLEA Agreement as to Wesley W Wilbert (CL, ilcd) (Entered: 05/08/1995) |
| 05/05/1995 | | MINUTES: before Chief Judge Michael M. Mihm. Status hearing set on Dft Eckhoff at 1:30 Monday, 5/8/95 in person in Peoria. (cc: all counsel/US Mar Peo & Spfd/Prob/ Crt Rptr) (VB, ilcd) (Entered: 05/06/1995) |
| 05/08/1995 | | MINUTES: before Chief Judge Michael M. Mihm. AUSA Chambers/Atty Paluska w/Dft Eckhoff present in person and status hearing held 5/8/95 . Govt requests continuance of trial. Govt to file response to memorandum in support of motion to quash (#35) by 5/15/95; Court will enter order. Further status hearing set Mond 6/5/95 at 4:00. Parties to appear in person. |

| | | Court cancells jury trial previously set 5/22/95 and resets jury trial Wed 7/5/95 at 8:30 Parties to appear in person. (cc: all counsel/USM Peo & Spfd/ Prob/Crt Rptr) (CL, ilcd) (Entered: 05/08/1995) |
|---|---|---|
| 05/25/1995 | 38 | RESPONSE by plaintiff USA to Defendant's Memorandum of Law [35-1] (SH, ilcd) (Entered: 05/25/1995) |
| 06/02/1995 | | MINUTES: before Chief Judge Michael M. Mihm. Attorneys Campbell/ Paluska w/ Dft Eckhoff and status hearing. Court is denying motion to quash search warrant [21-1]. Case set for further status hearing (poss c/p) at 4:30 p.m. on Mond 6/19/95 in person in Peoria. (cc: all counsel/ Prob/ USM Peo & Spfd/Crt Rptr) (CL, ilcd) (Entered: 06/07/1995) |
| 06/19/1995 | | MINUTES: before Chief Judge Michael M. Mihm. AUSA Campbell/Atty Paluska w/Dft Eckhoff present in person and status hearing held 6/19/95 with request to change of plea by dft. Nancy S Eckhoff enters guilty plea to Count 2; Written Plea Agreement filed in open court. Crt neither accepts nor rejects the plea and matter referred to probation office for pre-sentence investigation and report. Decision on agreement/possible sentencing hearing set Thurs 9/14/95 at 1:00 pm in person in Peoria as to BOTH DEFENDANTS; sentencing hearing previously set as to Dft Wilbert on 8/3/95 is cancelled; jury trial previously set 7/5/95 is cancelled. (cc: all counsel/USM Peo & Spfd/Prob/ Crt Rptr) (CL, ilcd) (Entered: 06/20/1995) |
| 06/19/1995 | 39 | PLEA Agreement as to Nancy S Eckhoff (CL, ilcd) (Entered: 06/21/1995) |
| 06/22/1995 | | MINUTES: before Chief Judge Michael M. Mihm as to Dfts Wilbert/Eckhoff sentencing hearing previously set for 1:00 on 9/14/95 is RESET to 9:00 A.M. on Thurs 9/14/95 in person in Peoria. (cc: all counsel/Prob/USM Peo & Spfd/Crt Rptr) (CL, ilcd) (Entered: 06/22/1995) |
| 09/07/1995 | 40 | PETITION/POSITION by: Defendant as to defendant Nancy S Eckhoff regarding Sentencing Factors (CL, ilcd) (Entered: 09/07/1995) |
| 09/14/1995 | | MINUTES: before Chief Judge Michael M. Mihm. AUSA Chambers/Atty Kelly pres in person with Dft Wilbert and sentencing hearing held 9/14/95 , sentencing Wesley W Wilbert (1) on count 1. Dft committed to BOP for 120 months; 8 years supervised release with special conditions; $1000 fine to be paid |

| | | |
|---|---|---|
| | | immediately; $50.00 special assessment due immediately; Dft advised of right to appeal Dft remanded to custody of US Marshal , Dismissing count as to Wesley W Wilbert Wesley W Wilbert (1) count 2. Upon motion of the Government, Count 2 is dismissed with prejudice (cc: all counsel) (CL, ilcd) (Entered: 09/15/1995) |
| 09/14/1995 | | MINUTES: before Chief Judge Michael M. Mihm. AUSA Chambers/ Atty Paluski pres w/ Dft Eckhoff and sentencing hearing held 9/14/95 , sentencing Nancy S Eckhoff (2) on count 2. Oral motion by Govt for downward departure granted. Dft committed to custody of BOP for a term of 33 months; 3 years supervised release with special conditions; $1000 fine to be paid immediately; $50 special assessment to be paid immediately. Dft remanded to custody of USM. Dft advised of right to appeal. Court is dismissing counts as to Nancy S Eckhoff Nancy S Eckhoff (2) count(s) 1. Upon oral motion of Government, Count 1 is dismissed with prejudice. , case terminated (cc: all counsel/prob/ USM Peo & Spfd) (CL, ilcd) (Entered: 09/15/1995) |
| 09/14/1995 | 41 | PRESENTENCE Report on Nancy S Eckhoff ( original sealed ) (HK, ilcd) (Entered: 09/15/1995) |
| 09/14/1995 | 42 | SENTENCING recommendation (original sealed) as to defendant Nancy S Eckhoff (HK, ilcd) (Entered: 09/15/1995) |
| 09/14/1995 | 43 | PRESENTENCE Report on Wesley W Wilbert ( original sealed ) (HK, ilcd) (Entered: 09/15/1995) |
| 09/14/1995 | 44 | SENTENCING recommendation (original sealed) as to defendant Wesley W Wilbert (HK, ilcd) (Entered: 09/15/1995) |
| 09/18/1995 | 45 | LETTER by Fred D. Jackson, Owner of Ameri-Post re: defendant Nancy S Eckhoff (HK, ilcd) (Entered: 09/18/1995) |
| 09/18/1995 | 46 | JUDGMENT and Commitment Order as to defendant Wesley W Wilbert by Chief Judge Michael M. Mihm (HK, ilcd) (Entered: 09/19/1995) |
| 09/18/1995 | 47 | JUDGMENT and Commitment Order as to defendant Nancy S Eckhoff by Chief Judge Michael M. Mihm (HK, ilcd) (Entered: 09/19/1995) |
| 09/21/1995 | 48 | NOTICE of Appeal to Circuit Court by defendant Wesley W Wilbert [46-1] (cc: all counsel) (CL, ilcd) (Entered: 09/22/1995) |

| 09/22/1995 | 49 | SHORT RECORD ON APPEAL sent to USCA (CL, ilcd) (Entered: 09/25/1995) |
|---|---|---|
| 09/28/1995 | 50 | MOTION to withdraw attorney by Wesley W Wilbert (CL, ilcd) (Entered: 09/29/1995) |
| 09/28/1995 | 51 | JURISDICTIONAL STATEMENT filed by defendant Wesley W Wilbert (CL, ilcd) (Entered: 09/29/1995) |
| 09/28/1995 | 52 | Notification by USCA of Appellate Docket Number 95-3266 (CL, ilcd) (Entered: 09/29/1995) |
| 09/28/1995 | 53 | JUDGMENT and Commitment returned executed 9/26/95 as to Wesley W Wilbert (1) count(s) 1 Dft delivered to FCI Pekin, IL (CL, ilcd) (Entered: 09/29/1995) |
| 11/02/1995 | 54 | JUDGMENT and Commitment returned executed 10/19/95 as to Nancy S Eckhoff (2) count(s) 2 . Dft delivered to FPC Pekin, IL (CL, ilcd) (Entered: 11/06/1995) |
| 11/22/1995 | 55 | TRANSCRIPT of change of plea hearing held 5/4/95 (CL, ilcd) (Entered: 11/22/1995) |
| 02/22/1996 | 56 | TRANSCRIPT of Sentencing Hearing held on September 14, 1995 filed (VB, ilcd) (Entered: 02/26/1996) |
| 02/26/1996 | 57 | MOTION for order to withdraw the record on appeal by Wesley W Wilbert (CL, ilcd) (Entered: 02/27/1996) |
| 02/27/1996 | | MINUTES: before Chief Judge Michael M. Mihm granting motion for order to withdraw the record on appeal [57-1] (cc: all counsel) (CL, ilcd) (Entered: 02/28/1996) |
| 03/13/1996 | 58 | MOTION for order to proceed in forma pauperis on appeal by Wesley W Wilbert (CL, ilcd) (Entered: 03/14/1996) |
| 03/15/1996 | 59 | NOTICE of oral argument in CA7-formal request for record (HK, ilcd) (Entered: 03/18/1996) |
| 03/18/1996 | | ENDORSED Order GRANTED motion for order to proceed in forma pauperis on appeal [58-1] by Chief Judge Michael M. Mihm (cc: all counsel/Prob/Crt.Rptr./CA7) (HK, ilcd) (Entered: 03/18/1996) |
| 03/18/1996 | 60 | CERTIFICATE of Record Transmitted to USCA re [48-1]-consisting of original portion of record on appeal (HK, ilcd) (Entered: 03/18/1996) |
| 03/18/1996 | 61 | CERTIFICATE of Record Transmitted to USCA re [48-1]- |

| | | consisting of additional portion #41 & 42-SEALED DOCUMENTS (HK, ilcd) Modified on 03/18/1996 (Entered: 03/18/1996) |
|---|---|---|
| 03/18/1996 | 62 | CERTIFICATE of Record Transmitted to USCA re [48-1]-additional portion consisting of #43 & 44-SEALED DOCUMENTS (HK, ilcd) (Entered: 03/18/1996) |
| 03/18/1996 | | CLERK'S RECORD on appeal transmitted to USCA (consisting of 1 volume of original pleadings/2 packages of sealed documents) (HK, ilcd) Modified on 05/03/1996 (Entered: 03/18/1996) |
| 03/18/1996 | 63 | Letter of transmittal to CA7 transmitting entire record on appeal (HK, ilcd) (Entered: 03/18/1996) |
| 03/19/1996 | | REMARK by Clerk: record on appeal was retained by Clerk until being sent to CA7; Atty for Dft Wilbert did not check out record on appeal after receiving leave to do so (CL, ilcd) (Entered: 03/19/1996) |
| 03/27/1996 | 64 | NOTICE of receipt of record on appeal by CA7 (CL, ilcd) (Entered: 03/27/1996) |
| 04/01/1996 | 65 | LETTER by defendant Wesley W Wilbert to Clerk requesting copies of affidavits used to obtain search warrant, copy of the search warrant, and a complete listing of all items taken as a result of the execution of the warrant (S, ilcd) (Entered: 04/01/1996) |
| 05/29/1996 | 66 | SATISFACTION of fine as to defendant Nancy S Eckhoff (CL, ilcd) (Entered: 05/30/1996) |
| 06/28/1996 | 67 | ORDER from USCA - Ordered the counsel's motion to withdraw is granted and the appeal is dismissed. (CL, ilcd) Modified on 04/14/1998 (Entered: 07/01/1996) |
| 07/19/1996 | 68 | MANDATE from Circuit Court of Appeals dismissing the appeal [48-1] in accordance with the decision of this court entered on this date (cc: all counsel/Judge Mihm/US Mar Peo & Spfd/Prob/Crt Rptr) (VB, ilcd) (Entered: 07/19/1996) |
| 07/23/1996 | 69 | RECEIPT for return of Pre-sentence Report and Sentencing Recommendation as to defendant Wesley W Wilbert (VB, ilcd) (Entered: 07/24/1996) |
| 04/14/1998 | | MINUTES: before Chief Judge Michael M. Mihm finding the motion to withdraw attorney [50-1] moot. (cc: all counsel) (CL, |

| | | ilcd) (Entered: 04/14/1998) |
|---|---|---|
| 04/17/1998 | 70 | MAIL RETURNED as to defendant Wesley W Wilbert (CL, ilcd) (Entered: 04/20/1998) |
| 02/28/2000 | 71 | Release & SATISFACTION of judgment as to defendant Wesley W Wilbert (HK, ilcd) (Entered: 02/29/2000) |
| 10/19/2000 | 72 | PETITION by: US Probation as to defendant Nancy S Eckhoff for warrant or summons for offender under supervision with order entered endorsed. Ordered that prayer for petition be allowed and summons issue. (CL, ilcd) (Entered: 10/19/2000) |
| 10/19/2000 | 73 | SUMMONS issued as to Nancy S Eckhoff arraignment/preliminary exam set for 2:30 10/30/00 ( orig 2cc's to USM with pre-trial notice) (CL, ilcd) Modified on 10/20/2000 (Entered: 10/20/2000) |
| 10/23/2000 | 74 | SUMMONS executed upon Nancy S Eckhoff on 10/23/00 (CL, ilcd) (Entered: 10/23/2000) |
| 10/30/2000 | | MINUTES: before Mag. Judge John A. Gorman. AUSA Chambers/ Dft ECKHOFF with FPD Ivan Davis present in person and preliminary exam held 10/30/00 . Court finds Dft qualifies for appointment of counsel and appointf FPD Davis who is present in Court. Arraignment held 10/30/00 . Probation revocation hearing set Fri 12/8/00 at 9:30 a.m. in person before Judge Michael M. Mihm. Dft released on current conditions of supervision. (cc: all counsel/Prob/USM/Crt Rptr) (CL, ilcd) (Entered: 10/30/2000) |
| 11/08/2000 | | MINUTES: before Judge Michael M. Mihm as to Dft ECKHOFF. Probation revocation hearing is reset to Wed 12/20/00 at 10:00 a.m. in person in Peoria. Hearing previously set 12/8/00 is canceled. (cc: all counsel/Prob/USM/Crt Rptr) (CL, ilcd) (Entered: 11/08/2000) |
| 12/20/2000 | | MINUTES: before Judge Michael M. Mihm. AUSA Chambers/FPD Davis with Dft Eckhoff present in person and probation revocation hearing held 12/20/00 . Dft sworn. Dft admits allegation #2. Court accepts plea and judgment of conviction is entered. Court sentences Dft as follows: Supervised Release is REVOKED. Dft commited to custody BOP for 1 day with credit for booking process (1 day); 8 months supervised release with special conditions; fine and special assessment re-imposed. Dft advised of right to appeal. Dft remanded to custody |

| | | |
|---|---|---|
| | | of USM (cc: all counsel/Prob/USM) (CL, ilcd) (Entered: 12/21/2000) |
| 12/20/2000 | 76 | PRESENTENCE Report on Nancy S Eckhoff ( original sealed ) (HK, ilcd) (Entered: 12/22/2000) |
| 12/20/2000 | 77 | Dispositional/Violation Report as to defendant Nancy S Eckhoff (Original Sealed). (HK, ilcd) (Entered: 12/22/2000) |
| 12/20/2000 | 78 | SENTENCING recommendation (original sealed) as to defendant Nancy S Eckhoff (HK, ilcd) (Entered: 12/22/2000) |
| 12/21/2000 | 75 | JUDGMENT and Commitment Order for Revocation of Probation or Supervised Release as to defendant Nancy S Eckhoff by Judge Michael M. Mihm filed (ML, ilcd) (Entered: 12/21/2000) |
| 01/17/2001 | 79 | MAIL RETURNED as to defendant Wesley W Wilbert (docket entry of 12/20/00) (CL, ilcd) (Entered: 01/18/2001) |
| 01/27/2001 | 80 | RECEIPT for PSR #76, Violation report #77 and Sentencing rec #78 as to defendant Nancy S Eckhoff (WW, ilcd) (Entered: 01/27/2001) |
| 01/31/2001 | 81 | PETITION by: USPO as to defendant Nancy S Eckhoff for warrant or summons for offender under supervision with order entered endorsed by Judge Michael M. Mihm. ORDERED THAT WARRANT ISSUE. (CL, ilcd) Modified on 01/31/2001 (Entered: 01/31/2001) |
| 01/31/2001 | 82 | Arrest Warrant issued for Nancy S Eckhoff by Judge Michael M. Mihm (CL, ilcd) (Entered: 01/31/2001) |
| 01/31/2001 | | MINUTES: before Mag. Judge John A. Gorman as to Dft NANCY ECKHOFF. Initial appearance/preliminary exam set Fri 2/2/01 at 10:15 a.m. in person. (cc: all counsel/Prob/USM) (CL, ilcd) (Entered: 02/01/2001) |
| 02/02/2001 | | MINUTES: before Mag. Judge John A. Gorman. Parties present in open court by AUSA John Campbell, FPD George Taseff with dft Nancy Eckhoff for iniital appearance/ preliminary exam at 10:15 on Friday, 2/2/01 re: violations of supervised release. Government recommends detention. Case set for detention/revocation hearing at 10:00 am on Tuesday, 2/6/01 in person in Peoria before Judge Mihm (Courtroom A). Dft remanded to custody of USM. (cc: all counsel/Prob/USM Peo/Crt Rptr) (KB, ilcd) (Entered: 02/02/2001) |

| 02/02/2001 | | DEFENDANT Nancy S Eckhoff arrested (CL, ilcd) (Entered: 02/05/2001) |
|---|---|---|
| 02/05/2001 | 83 | ARREST Warrant returned executed as to Nancy S Eckhoff 2/2/01 (CL, ilcd) (Entered: 02/05/2001) |
| 02/06/2001 | | MINUTES: before Judge Michael M. Mihm. Parties present in open court by AUSA Chambers & Atty Ivan Davis with Nancy Eckhoff personally for supervised release revocation hearing. Same held 2/6/01. Dft admits allegations in petition. AUSA makes factual basis. Court accepts plea & supervised release is revoked. ORDERED that Dft committed to BOP for 8 months including 6 months of unserved community confinement. SPEC RECO: 1)Dft participate in BOP 500 hr Comprehensive Drug Treatment Program 2)Dft participate in any psychological treatment that is available. Dft remanded to custody of US Mar. (cc: all counsel/US Mar/Prob) (HK, ilcd) (Entered: 02/06/2001) |
| 02/06/2001 | 84 | Violation Report/Dispositional Report as to defendant Nancy S Eckhoff (Original Sealed). (HK, ilcd) (Entered: 02/06/2001) |
| 03/19/2001 | 85 | JUDGMENT and Commitment (for Revocation of Supervised Release) returned executed 3/12/01 as to Nancy S Eckhoff (2) count(s) 1, 2 (CL, ilcd) (Entered: 03/19/2001) |
| 04/10/2001 | 86 | RECEIPT by USPO for Violation Report, etc (#84) as to defendant Nancy S Eckhoff (SH, ilcd) (Entered: 04/11/2001) |
| 08/02/2006 | | (Court only) *** Archives File Sent to FRC Chicago on 8/2/2006; Accession No. 021 06 0149, Box No. 10 of 30; Location 866428-866457. (CL, ilcd) (Entered: 08/14/2006) |
| 08/02/2006 | | (Court only) *** Archives File Sent to FRC Chicago on 8/2/2006; Accession No. 021 06 0149, Box No. 10 of 30; Location 866428-866457. (CL, ilcd) (Entered: 08/14/2006) |
| 05/12/2008 | 87 | Probation Jurisdiction Transferred to Northern District of Illinois as to Wesley W Wilbert Transmitted Transfer of Jurisdiction form, with certified copies of indictment, judgment and docket sheet. (CL, ilcd) (Entered: 05/12/2008) |

| CDIL PROB 22 (Rev. 4/97) | **TRANSFER OF JURISDICTION** | DOCKET NUMBER *(Tran. Court)* 0753/5 95-10019-001 |
| --- | --- | --- |

**0 3CR 359**

DOCKET NUMBER *(Rec. Court)*

| NAME AND ADDRESS OF PROBATIONER/SUPERVISED RELEASEE: | DISTRICT:  CENTRAL DISTRICT OF ILLINOIS | DIVISION Urbana |
| --- | --- | --- |

Wesley W. Wilbert

**FILED**

**FILED**

MAY 0 7 2008   NH

**MAY 1 2 2008**

CLERK OF THE COURT
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
URBANA, ILLINOIS

MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

| NAME OF SENTENCING JUDGE Michael M. Mihm |
| --- |
| DATES OF PROBATION/SUPERVISED RELEASE: FROM 01/03 — 01/2011 |

| OFFENSE | **DOCKETED** MAY 8 2008 | JUDGE CASTILLO |
| --- | --- | --- |
| Conspiracy to Distribute Cocaine 21:846 | | kjb |

MAGISTRATE JUDGE MASON

**PART 1 - ORDER TRANSFERRING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE CENTRAL DISTRICT OF ILLINOIS

    IT IS HEREBY ORDERED that pursuant to 18 U.S.C. 3605 the jurisdiction of the probationer or supervised releasee named above be transferred with the records of the Court to the United States District Court for the Northern District of Illinois/Chicago upon that Court's order of acceptance of jurisdiction. This Court hereby expressly consents that the period of probation or supervised release may be changed by the District Court to which this transfer is made without further inquiry of this Court.*

| 4/18/08 | s/ Michael |
| --- | --- |
| Date | Michael M. Mihm United States District Judge |

*This sentence may be deleted in the discretion of the transferring Court.

**PART 2 - ORDER ACCEPTING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS/CHICAGO

    IT IS HEREBY ORDERED that jurisdiction over the above-named probationer/supervised releasee be accepted and assumed by this Court from and after the entry of this order.

**MAY - 5 2008**

| Effective Date | United States District Judge |
| --- | --- |

A TRUE COPY-ATTEST
MICHAEL W. DOBBINS, CLERK

By _____
DEPUTY CLERK
U.S. DISTRICT COURT, NORTHERN
DISTRICT OF ILLINOIS

DATE: 5-8-08



**MICHAEL W. DOBBINS**
CLERK

**UNITED STATES DISTRICT COURT**
NORTHERN DISTRICT OF ILLINOIS
219 SOUTH DEARBORN STREET
CHICAGO, ILLINOIS 60604

312-435-5698

May 8, 2008

218 United States Courthouse
201 South Vine Street
Urbana, IL 61801

# FILED

MAY 1 2 2008

CLERK OF THE COURT
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

Dear Clerk:

**Re:    Case number 95-10019  US v Wesley W. Wilbert**
Our case number: 08cr359  - Northern District of Illinois, Judge Castillo

Enclosed is a certified copy of the Probation Form 22, Transfer of Jurisdiction, regarding Wesley
W. Wilbert, which has been accepted and assumed by this Court in the Northern District of
Illinois, Eastern Division.

Please forward a certified copy of the indictment/information, judgment and docket along with
the enclosed copy of this letter to the United States District Court at the above address.  Your
prompt attention to this matter is greatly appreciated.

Sincerely,

Michael W. Dobbins
Clerk

by:    _Ellenore Duff_____

Ellenore Duff
Deputy Clerk

Enclosure